UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENDY TALDONE, THOMAS BRIKSZA,

              Plaintiff,

- against -

SUSAN BARBASH, ERIC KATZ, MARIA
AVITABLE, PETE HANNAH, BARBARA
FISHKIND, JAMIE WINKLER, as individuals
and/or employees and/ or owners operators of
South Shore Restoration Group, HARBOUR
CLUB, LLC, WINKLER REAL ESTATE, DOES
1-12,

              Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV-14-2147 (SJF)(AKT)

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 17, 2014, *sua sponte* dismissing the complaint pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, directing the Clerk of Court to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the complaint is *sua sponte* dismissed pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       June 20, 2014

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                          By:    /s/ Catherine Vukovich
                                Deputy Clerk